**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| PAIGE YEDINAK<br>199 Deaver Road<br>Elkton, Maryland 21921<br><br>*Plaintiff* | *<br><br>*<br><br>* | |
| v. | * | Case No.: |
| JEFFERY GAHLER, SHERIFF<br>OF HARFORD COUNTY SHERIFF'S<br>OFFICE, In His Official Capacity<br>45 S. Main Street<br>Bel Air, Maryland 21014<br><br>*Defendant* | *<br><br>*<br><br>*<br><br>* | |

* * * * * * * * * * * * *

**<u>PLAINTIFF'S COMPLAINT</u>**

COMES NOW the Plaintiff, Paige Yedinak, by and through her attorneys, Neil S. Hyman, of the Law Office of Neil S. Hyman LLC, and Christopher J. Smith, Esq., of The Law Office of Christopher J. Smith, LLC, and hereby sues the Defendant, Jeffery Gahler, Sheriff of Harford County Sheriff's Office, In His Official Capacity. In support thereof, Plaintiff states as follows:

**PARTIES, JURISDICTION, & VENUE**

1. Plaintiff is a resident of the State of Maryland.

2. Defendant is the elected Sheriff of the Harford County Sheriff's Office, a local law enforcement agency.

3. Plaintiff was, at all times relevant hereto, an employee of the Defendant.

4. Venue is proper before this Honorable Court, as Maryland is the locale in which all events or omissions giving rise to the claim occurred. 28 U.S.C. § 1391(b)(2).

5. Jurisdiction is proper before this Honorable Court as Plaintiff has asserted violations of federal statutes. 28 U.S.C. § 1331.

**FACTS COMMON TO ALL COUNTS**

6. Plaintiff was, at all times relevant hereto, an employee of the Defendant.

7. Plaintiff has been employed by Defendant since 2021 as a Correctional and K9 Officer.

8. Beginning in July 2025, Plaintiff's co-worker, Deputy Jack Kimock, began sexually harassing Plaintiff by asking her to send him sexually explicit photographs. Deputy Kimock threatened to expose Plaintiff's consensual relationship with another employee if she refused.

9. Plaintiff reported Deputy Kimock's sexual harassment to her chain of command, Captain Krulock, on or about October 8, 2025.

10. On October 10, 2025, Plaintiff was, in retaliation for her complaint about Deputy Kimock's sexual harassment, pulled into a meeting with Major Gividen and Captain Jenkins where she was reprimanded for training too often and informed that she would no longer be allowed to work overtime on K9 training.

11. On October 16, 2025, Plaintiff's schedule was changed without notice or explanation.

12. On February 24, 2026, the same day that Captain Krulock finalized and submitted Plaintiff's sexual harassment report to internal affairs, Plaintiff was demoted, transferred from her shift, and had her K9 taken away.

13. On March 9, 2026, Plaintiff filed a Charge with the EEOC, Charge No. 531-2026-02871.

14. The EEOC issued a Right to Sue Letter on October 9, 2026.

**COUNT I**
**(Retaliation)**

15. Plaintiff realleges and incorporates by reference all preceding paragraphs as if fully stated herein.

16. An employer may not, under federal law, retaliate against an employee for engaging in protected activity.

17. Plaintiff's complaint to the Defendant regarding the sexual harassment committed by Deputy Kimock constituted protected activity.

18. Defendant retaliated against Plaintiff by reducing her workplace privileges, her ability to earn overtime, and demoting her.

19. Defendant took this action directly in response to Plaintiff's complaints of sexual harassment and the submission thereof to internal affairs.

20. Therefore, Defendant retaliated against Plaintiff for Plaintiff's protected activity.

21. As a direct and proximate cause of Defendant's retaliation, Plaintiff has suffered damages, including lost wages and emotional distress.

WHEREFORE, Plaintiff respectfully requests judgment against the Defendant in an amount in excess of $75,000.00, plus punitive damages, pre- and post-judgment interest, statutory attorneys' fees, and costs.

Respectfully Submitted,

*/s/Neil S. Hyman*
Neil S. Hyman, Esq.
Bar No. 15158
Law Office of Neil S. Hyman, LLC
4520 East West Highway, Suite 700
Bethesda, Maryland 20814
301-841-7105 (p)
neil@neilhymanlaw.com

Christopher J. Smith, Esq.
Bar No. 20459
The Law Office of Christopher J. Smith, LLC
17 West Jefferson Street, Suite 103
Rockville, Maryland 20850
(301) 760-7460 (Office)
(301) 760-7469 (Direct)
cjs@christopherjsmithlaw.com
*Attorney for Plaintiff*

**JURY DEMAND**

Plaintiff hereby demands a trial by jury on all issues raised herein.

*/s/Neil S. Hyman*
Neil S. Hyman, Esq.